IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BOBBY RAY WATSON, JR.                                                                                    PLAINTIFF

vs.                                        Civil No. 4:10-cv-4190

SHERIFF RON STOVALL;
CAPTAIN JACK HEINTZLEMAN;
CAPTAIN S. HARTLINE;
CORPORAL JAMES PEARCY; and
SGT. VICTOR RAGGS                                                                                       DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed August 6, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 43). Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to follow a court order. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 27th day of August, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge